**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

MARIGER DALIANNY ROMERO GARCIA,

Petitioner,

v.

FRED FIGUEROA, et al.,

Respondents.

Case No. CIV-26-2479-J

**ORDER**

Petitioner filed an Amended Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 challenging her detention with Immigration and Customs Enforcement. [Doc. No. 6]. While the case was proceeding, Petitioner was removed from the United States. [Doc. No. 12]. Under such circumstances, the Court DISMISSES the Petition as MOOT.

IT IS SO ORDERED this 10th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE